UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

DIMPLES NOVA/LINK, INC.,          )
                                  )
                    Plaintiff,    )
                                  )
VS.                               )   CIVIL ACTION NO. B-03-001
                                  )
INTERNATIONAL MARKETING           )
RESOURCES, INC.,                  )
                                  )
                    Defendant.    )
                                  )

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 2 of the Order of Conference, Defendant INTERNATIONAL MARKETING RESOURCES, INC., state that to their knowledge, the following persons and entities are or may be financially interested in this litigation

1)   INTERNATIONAL MARKETING RESOURCES, INC.

2)   DIMPLES NOVA/LINK, INC.

3)   MAQUILAPLEX, LLC

4)   TEXION S. DE R.L. DE C.V.

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: /s/ Alison D. Kennamer
    Alison D. Kennamer
Attorney-in-Charge
State Bar No. 11280400
Southern District Admissions No. 12023
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
INTERNATIONAL MARKETING
RESOURCES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

> Samuel S. Griffin III
> W. Michael Taylor
> Griffin & Matthews
> 1155 Dairy Ashford, Suite 300
> Houston, Texas 77079
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Texas Rules of Civil Procedure, on this the 21st day of January, 2003.

_____
Alison D. Kennamer