4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIMPLES NOVA/LINK, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-001 |
| | § | |
| INTERNATIONAL MARKETING | § | |
| RESOURCES, INC. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

DIMPLES NOVA/LINK, INC, Plaintiff, in the above entitled and numbered cause, and designates the following persons/entities who may have a financial interest in the outcome of this matter:

1.  Dimples Nova/Link, Inc. – Plaintiff
    c/o attorneys of record:
    Samuel S. Griffin, III
    W. Michael Taylor
    Griffin & Matthews
    1155 Dairy Ashford, Suite 300
    Houston, Texas 77079
    Ph: (281) 870-1124
    Fax: (281) 870-1647

2.  James T. Griffin
    2100 Les Mauldin
    Brownsville, Texas 78521
    (956) 542-4138

Respectfully submitted,

GRIFFIN & MATTHEWS

BY: _____
SAMUEL S. GRIFFIN, III
Texas Bar No. 08473800
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124 - telephone
(281) 870-1647 - fax

ATTORNEY-IN-CHARGE

OF COUNSEL:

W. MICHAEL TAYLOR
Texas Bar No. 00789675
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124
(281) 870-1647 (Fax)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record, via certified mail, return receipt requested, on January 20, 2003:

Ms. Alison D. Kennamer
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
Brownsville, TX 78520

_____
W. MICHAEL TAYLOR