United States District Court
Southern District of Texas
FILED

JAN 31 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIMPLES NOVA/LINK, INC. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-001 |
| | § | |
| INTERNATIONAL MARKETING | § | |
| RESOURCES, INC. | § | |

## PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DIMPLES NOVA/LINK, INC., Plaintiff in the above entitled and numbered cause, and files this, its Motion to Remand under 28 U.S.C. §1447(c).

1. Plaintiff, DIMPLES NOVA/LINK, INC., moves for an order remanding this suit to the state court where it was originally filed.

2. The grounds for this motion are that Defendant, INTERNATIONAL MARKETING RESOURCES, INC. ("IMR") has not shown that the amount in controversy herein exceeds $75,000, exclusive of interest and costs. Specifically, IMR has not presented any evidence that indicates the amount in controversy governing this dispute exceeds $75,000.00.

3. This motion is based on the pleadings and papers on file in this action and the attached memorandum of points and authorities, including the exhibits attached thereto, as well as the Notice of Removal filed by Defendant.

                                      Respectfully submitted,

                                      GRIFFIN & MATTHEWS

                                      BY: _____
                                               SAMUEL S. GRIFFIN, III
                                               Texas Bar No. 08473800
                                               1155 Dairy Ashford, Suite 300
                                               Houston, Texas 77079
                                               (281) 870-1124 - telephone
                                               (281) 870-1647 - fax

                                      ATTORNEY-IN-CHARGE

OF COUNSEL:

W. MICHAEL TAYLOR
Texas Bar No. 00789675
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124
(281) 870-1647 (Fax)

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record, via certified mail, return receipt requested, on January 30, 2003:

> Ms. Alison D. Kennamer
> Rodriguez, Colvin & Chaney, L.L.P.
> 1201 East Van Buren
> Brownsville, TX 78520

W. MICHAEL TAYLOR