B 03-01



# The State of Texas
## Secretary of State

2003-071037-1

United States District Court
Southern District of Texas
FILED

FEB 1 2 2003

Michael N. Milby
Clerk of Court

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

Dimples Nova/Link Inc VS International Marketing Resources Inc
357th Judicial District Court Of Cameron County, Texas
200211004727E

was received by this office on December 4, 2002, and that a copy was forwarded on December 9, 2002, by CERTIFIED MAIL, return receipt requested to:

International Marketing Resourecs Inc
C/O Mr Larry Mahoney
434 Lakeside Avenue
Minneapolis, MN 55405

The RETURN RECEIPT was received in this office dated December 12, 2002, bearing the Signature Of Addressee's Agent.



Date issued: December 17, 2002

*Gwyn Shea*
Gwyn Shea
Secretary of State
ST\lsv

7