9

### RODRIGUEZ, COLVIN & CHANEY, L.L.P.
#### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C CHANEY
MARJORY C BATSELL
JAIME A. SAENZ*
JOSEPH A (TONY) RODRIGUEZ
ALISON D. KENNAMER

———
OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A BRISACK
RAYMOND A COWLEY‡

1201 EAST VAN BUREN
P O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J URBIS
LECIA L CHANEY
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A NICOLAS

*BOARD CERTIFIED IN PERSONAL
 INJURY TRIAL LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
 EMPLOYMENT LAW
 TEXAS BOARD OF LEGAL SPECIALIZATION

April 22, 2003

To the Honorable Judge Andrew Hanen
United States District Judge
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

*Via Hand Delivery*

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

Re:    Civil Action No. B-03-001;Dimples Nova/Link, Inc. v. International Marketing Resources, Inc., Southern District of Texas, Brownsville Division

Dear Judge Hanen:

Please allow this correspondence to serve as notice that the parties in this case have reached an agreement to settle this cause and are in the process of preparing settlement documents.

If there is anything else the Court needs, please do not hesitate to contact me.

Respectfully,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Alison D. Kennamer

ADK/ecl

cc:    Mr. Samuel S. Griffin, III
       Mr. W. Michael Taylor
       Griffin & Matthews
       Attorneys at Law
       115 Dairy Ashford, Suite 300
       Houston, Texas 77079