United States District Court
Southern District of Texas
FILED

- MAY 0 9 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**INITIAL PRETRIAL & SCHEDULING CONFERNCE**

CIVIL ACTION NO.  B-03-001      DATE & TIME 5/9/03 @ 9:30 - 9:32 am

DIMPLES NOVA/LINK                PLAINTIFF'S  SAMUEL GRIFFIN
                                 COUNSEL

VS

INTERNATIONAL MARKETING RESOURCES, INC.  DEFENDANT'S ALISON KENNAMER
                                         COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is called on the docket. Atty Kennamer announced to the Court that case has settled and will be getting final documents in about 2 weeks.

Court sets a Status Conference hearing for April 23, 2003 @ 9:30 a.m.

Court is adjourned.