UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DIMPLES NOVA/LINK, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. B-03-001 |
| | ) | |
| INTERNATIONAL MARKETING RESOURCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED UNOPPOSED MOTION FOR ENTRY OF AGREED CONSENT JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, DIMPLES/NOVA LINK, INC., Plaintiff and INTERNATIONAL MARKETING RESOURCES, INC., ("IMR"), Defendant, and files this Agreed Unopposed Motion for Entry of Agreed Consent Judgment:

### I.

The parties note for the Court that all matters in controversy between the parties have been resolved by settlement; said settlement involves periodic payments by Defendant to Plaintiff. Therefore, the parties have agreed that entry of an Agreed Consent Judgment, if acceptable to the Court, would be appropriate.

WHEREFORE, all parties request this Court sign and enter the attached Agreed Consent Judgment, and grant to it such other and further relief, at law or in equity, as it may be entitled to receive.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

>Samuel S. Griffin III
>Griffin & Matthews
>1155 Dairy Ashford, Suite 300
>Houston, Texas 77079
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission on this the 27th day of May, 2003.

_____
Alison D. Kennamer