IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DIMPLES NOVA/LINK, INC., * | |
| Plaintiff, * | |
| * | |
| VS. * | CIVIL ACTION NO. B-03-001 |
| * | |
| INTERNATIONAL MARKETING * | |
| RESOURCES, INC., * | |
| * | |
| Defendant. * | |
| * | |

## AGREED FINAL CONSENT JUDGMENT

BE IT REMEMBERED that on the 28th day of May, 2003, came on to be heard the above- entitled and numbered civil cause, wherein Plaintiff DIMPLES/NOVA LINK, INC. appeared by and through its attorneys of record, Mr. Samuel S. Griffin, III, of the law firm of Griffin & Matthews, Attorneys at Law; and Defendant, INTERNATIONAL MARKETING RESOURCES, INC. appeared by and through its attorneys of record, Alison D. Kennamer of the law firm of Rodriguez, Colvin & Chaney, L.L.P.

Whereupon these parties announced to the Court that a settlement had been reached by the parties hereto, subject to the approval of the Court, whereby International Marketing Resources, Inc. whether directly or indirectly, is to pay to Plaintiff in the manner set forth below the sums set forth below, as consideration to Plaintiff in settlement of all matters and things involved in this cause, and for all damages allegedly suffered by Plaintiff as a result of the transactions made the basis of this lawsuit and mentioned in Plaintiff's pleadings on file herein. In addition, the parties announced that they had further agreed that in they have agreed that Defendant International

Marketing Resources now has full and complete title to all materials represented by the Transactions, as consideration to Defendant for a mutual release of any and all damages allegedly suffered by Defendant as a result of the transactions made the basis of this lawsuit and mentioned in Defendant's pleadings on file herein.

Further, it was explained to the Court that the parties have agreed that the consideration exchanged herein will by agreement of the parties serve further as consideration for the settlement and dismissal of the claims and causes of action set out in Civil Action No. B-02-212 in the United States District Court for the Southern District of Texas, Brownsville Division, styled "Maquilaplex, L.L.C. and Texion S. De R.L. de C.V v. International Marketing Resources, Inc., " as set out in more detail in the settlement documents and motion and order to dismiss in that case.

The agreement having been made known to the Court, and the Court having reviewed the pleadings of the cause, the Court now enters judgment.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court as follows:

That Plaintiff DIMPLES/NOVA LINK, INC. have and recover from Defendant INTERNATIONAL MARKETING RESOURCES, INC. the sum of SEVENTY-THREE THOUSAND DOLLARS with zero (0%) interest, to be paid as follows: $53,000.00 on the closing date of settlement, which has previously taken place; $10,000 to be paid on or before a date four (4) months from the date of the closing of the settlement, which is <u>September 10, 2003</u>; and $10,000 to be paid on or before a date eight (8) months from the date of the closing of the settlement, which is <u>January 10, 2004</u>.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if one or more of the payments set out above is not timely made, the Judgment is further rendered for an

additional $15,000.00 in attorney's fees in this matter, such that the total amount of said Judgment would be $73,000.00 in damages and $15,000.00 in attorney's fees, less any credit for amounts paid as set out below;

IT IS FURTHER ORDERED; ADJUDGED and DECREED, that no abstracts of judgment, writs and processes, including seizure, execution and garnishment, and all such other writs and processes to collect this Judgment, shall issue before a date eight (8) months from the date of this Judgment so long as payments are being made as stated above.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that upon payment by Defendant of the total sum of $73,000.00 with zero (0%) interest to Plaintiff on or before eight (8) months from the date of the closing of the settlement, <u>January 10, 2004,</u> Plaintiff shall give a Release of Judgment to Defendant, acceptable to Defendant, and upon such payment, this judgment shall be forever released, discharged, expired, void and of no force and effect and no such writs and processes, including seizure, abstracts of judgments, execution and garnishment, and all such other writs and processes to collect this judgment shall ever issue.

Further, once the final payment of SEVENTY-THREE THOUSAND AND NO/100 DOLLARS ($73,000.00) with zero (0%) interest is paid to Plaintiff's counsel by Defendant,

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that the judgment has been fully and finally paid, satisfied and discharged in full, and that Defendant INTERNATIONAL MARKETING RESOURCES, INC. be and is hereby forever relieved and discharged of and from any and all liability, claims, lawsuits, demands and causes of action, of whatever nature asserted or which might have been asserted herein, either known or unknown, accrued or to accrue, arising from or in any

manner growing out of the incident made the basis of this suit as described in Plaintiff's pleadings on file herein, and no execution shall ever issue hereon.

IT IS FURTHER ORDERED, ADJUGED and DECREED that each party will be responsible for its own costs of court.

All other relief sought by any party to this matter not specifically granted is DENIED.

SIGNED FOR ENTRY this 25th day of May, 2003.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
Counsel for Plaintiffs

_____
Counsel for Defendant